DANIEL J. BRODERICK, Bar #185395
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO RAYO-AGUILERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> FRANCISCO RAYO-AGUILERA, ) <br> ) <br> Defendant. ) <br> _____ ) | Cr.S. 05-547-LKK <br><br> **STIPULATION AND ORDER;** <br> **EXCLUSION OF TIME** <br><br> Date: February 14, 2006 <br> Time: 9:30 a.m. <br> Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the trial confirmation date of February 7, 2006 be vacated and that a status conference date be set for February 14, 2006 at 9:30 a.m.  The parties also ask that the Court vacate the jury trial date previously set.

This continuance is requested because the presentence report in this fast-track immigration case is not yet available.  The parties

anticipate that it will be available later this week, and that the parties will review it and conduct plea negotiations before the status conference on February 14, 2006.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 14, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: February 6, 2006.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Acting Federal Defender


                                            /s/ RACHELLE BARBOUR
                                            RACHELLE BARBOUR
                                            Assistant Federal Defender
                                            Attorney for Defendant

                                            McGREGOR SCOTT
                                            United States Attorney


DATED: February 6, 2006.                    /s/ RACHELLE BARBOUR for
                                            MICHAEL BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: February 6, 2006                     /s/Lawrence K. Karlton
                                            HONORABLE LAWRENCE K. KARLTON
                                            United States District Judge