DANIEL J. BRODERICK, Bar #185395
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO RAYO-AGUILERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>    v.          )<br>)<br>)<br>)<br>)<br>FRANCISCO RAYO-AGUILERA, )<br>)<br>            Defendant. )<br>_____ ) | Cr.S. 05-547-LKK<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date:  February 22, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties hereto through

their respective counsel, MICHAEL BECKWITH, Assistant United States

Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant

Federal Defender, that the status conference date of February 14, 2006

be vacated and that a further status conference be set for February 22,

2006 at 9:30 a.m.

    This continuance is requested because the presentence report in

this fast-track immigration case is not yet available.  The parties

anticipate that it will be available in the next few days, and that the

parties will review it and conduct plea negotiations before the status conference on February 22, 2006.  The parties anticipate that they will provide the Court with a propose plea agreement prior to the next status date.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 22, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: February 10, 2006.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Acting Federal Defender


                                             /s/ RACHELLE BARBOUR
                                             RACHELLE BARBOUR
                                             Assistant Federal Defender
                                             Attorney for Defendant

                                             McGREGOR SCOTT
                                             United States Attorney



DATED: February 10, 2006.                    /s/ RACHELLE BARBOUR for
                                             MICHAEL BECKWITH
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

**O R D E R**

   **IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.


DATED: February 10, 2006          /s/ Lawrence K. Karlton
                                  HONORABLE LAWRENCE K. KARLTON
                                  United States District Judge